PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| CONDIE STELL, | ) | |
| | ) | CASE NO. 4:19CV0203 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| VISTA ACQUISITION COMPANY LLC, *etc.*, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | **ORDER OF DISMISSAL** |

On August 28, 2019, the Court conducted a Fairness Hearing, at which time the Court approved the Parties' Settlement Agreement and Release (ECF No. 20-1). Therefore, the docket shall be marked "settled and dismissed without prejudice." The Court shall retain jurisdiction of the case for purposes of the entry of such further orders as may be necessary or proper to effectuate the purposes of the settlement.

The Parties shall execute a Stipulation and Order of Dismissal with Prejudice upon the occurrence of Defendants' distribution of the Settlement Amount as described in the Settlement Agreement and Release (ECF No. 20-1). Class Counsel shall file the same with the Court within five (5) business days of execution of the dismissal, which, if approved, shall supersede this order.

IT IS SO ORDERED.

  August 28, 2019                                      */s/ Benita Y. Pearson*
Date                                                     Benita Y. Pearson
                                                           United States District Judge